IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

# ADR MEMORANDUM TO CLERK OF COURT

ESMERALDA AREVELO       Division   McAllen Division
                   Civil Action No.  7:12-CV-00063

**Plaintiff(s)**

v.

CITY OF PHARR

**Defendant(s)**

**ADR METHOD:**   Mediation: __√__     Arbitration: _____
                Mini – Trial: _____     Summary Jury Trial: _____

**TYPE OF CASE:** _____

1. Please check one of the following:
   The case referred to ADR:   settled __√__  or   did not settle _____

2. My total fee and expenses were: $500.00 PER PARTY (two parties).
   **(if you had no fee and expenses, please indicate if the case settled before ADR, or if the ADR processing was conducted on a no-fee basis pursuant to order of the court or agreement of the parties.)**

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

John Millen IV
**Ortiz & Millin**           *FACSIMILE: 956/ 361-1384*
1305 E. Nolana, Ste F
McAllen, Texas 78501
*ATTORNEYS FOR PLAINTIFF(S)*

Mr. Robert L. Drinkard
**Denton, Navarro, Rocha & Bernal**      *FACSIMILE: 956/421-3621*
701 E. Harrison, Ste., 100
Harlingen, Texas 78550
*ATTORNEYS FOR DEFENDANT(S)*

                                    ADR PROVIDER
**Date:** __11/15/12__          Name: __Leo C. Salzman__

                                    **Signature:** _____