IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **ESMERALDA AREVALO** <br> **Plaintiff** | § § § | |
| vs | § § | **C.A. NO. 7:12-CV-00063** |
| **JESSE MEDINA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY OF THE PHARR REYNOSA INTERNATIONAL BIDGE, FRED SANDOVAL, INDIVIDUALLLY AND IN HIS OFFICIAL CAPACITY AS CITY MANAGER FOR THE CITY OF PHARR, TEXAS AND THE CITY OF PHARR, TEXAS** <br> **Defendants** | § § § § § § § § § § § | |

### STIPULATION OF DISMISSAL BY ALL PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, PLAINTIFF ESMERALDA AREVELO and DEFENDANTS CITY OF PHARR, JESSE MEDINA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE PHARR-REYNOSA INTERNATIONAL BRIDGE AND FRED SANDOVAL INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CITY MANAGER FOR THE CITY OF PHARR, TEXAS (hereafter "CITY DEFENDANTS") and file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a) of all of PLAINTIFF'S claims and causes of action against CITY DEFENDANTS. PLAINTIFF and CITY DEFENDANTS stipulate and agree to the dismissal, with prejudice, of all claims raised or which could or should have been raised as part of this litigation by PLAINTIFF against CITY DEFENDANTS. This Stipulation of Dismissal is for all of PLAINTIFF'S claims against all named defendants in this lawsuit.  Therefore all parties request a dismissal order pursuant to this Stipulation of Dismissal.

Respectfully Submitted,

By: *John Millin IV*
John Millin IV
Attorney in Charge
State Bar No. 24005166
So. Dist. ID No. 24026
**ORTIZ & MILLIN, L.P.**
1305 E. Nolana Ste F
McAllen, Texas 78501
(956) 687-4567
(956) 631-1384
**COUNSEL FOR PLAINTIFF**


By: *Ricardo J. Navarro*
RICARDO J. NAVARRO
Attorney In Charge
State Bar No. 14829100
So. Dist ID No. 5953
By: *Robert L. Drinkard*
ROBERT L. DRINKARD
State Bar No. 24007128
So. Dist.ID   No. 29288
**COUNSEL FOR CITY DEFENDANTS**
**DENTON, NAVARRO ROCHA & BERNAL**
A Professional Corporation
701 E. Harrison, Ste 100
Harlingen, Texas 78550
956/421-4904
956/421-3621 (Fax)

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of this document has been served on the persons or parties identified below in accordance with one or more of the recognized methods of service by the Federal Rules of Civil Procedure on the 17th day of December 2012.

Mr. Ricardo J. Navarro
Mr. Robert L. Drinkard
DENTON, NAVARRO, ROCHA AND BERNAL
701 E. Harrison Ste 100
Harlingen, Texas 78550
Counsel for Defendants

                                          */s/ John Millin IV*
                                          JOHN MILLIN IV