UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ESMERALDA AREVALO, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 7:12-CV-63 |
| | § | |
| CITY OF PHARR, TEXAS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## NOTICE

The parties filed a stipulation of dismissal which was signed by all parties. [Dkt. No. 40].

The parties also requested that the Court sign a dismissal order. [Dkt. Nos. 40 & 40-1]. Because

the stipulation of dismissal terminated the case, the Court does not retain jurisdiction to sign the

dismissal order.

IT IS SO ORDERED.

DONE this 17th day of December, 2012, in McAllen, Texas.

_____
Micaela Alvarez
UNITED STATES DISTRICT JUDGE

1 / 1